IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3169 |
| v. | ) | |
| ANA C. CALIX, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

The joint oral motion of the parties is granted and the initial appearance is continued from December 20, 2007 to **January 4, 2008 at 1:00 p.m.** before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present for the hearing.

DATED this 18th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge