```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3169 |
| | ) | |
| v. | ) | |
| | ) | |
| ANA C. CALIX, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The oral motion of counsel for the plaintiff to withdraw the outstanding warrant for the arrest of defendant Ana C. Calix is granted and the warrant is withdrawn.

DATED this 18th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge