```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          4:07CR3169
                               )
       v.                      )
                               )
ANA C. CALIX,                  )             ORDER
                               )
            Defendant.         )
                               )
```

IT IS ORDERED:

The motion of Jon Placke to withdraw as counsel of record for defendant Calix, filing 33, is granted.

DATED this 31st day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge