IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3169 |
| | ) | |
| v. | ) | |
| | ) | |
| ANA C. CALIX, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The unopposed motion for enlargement of time, filing 36, is granted and defendant is given to February 15, 2008 to file pretrial motions.

DATED this 31st day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge