IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3169 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ANA C. CALIX, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 56), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against ANA C. CALIX.

IT IS ORDERED that the Motion to Dismiss the Indictment against defendant, ANA C. CALIX, (Filing No. 56) is granted.

June 10, 2008.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge